**Jorge E. ROQUE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7091.

United States Court of Appeals, Federal Circuit.

June 4, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Allison Kiddmiller, Senior Trial Counsel. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Rachael T. Brant, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Jacob Alden Schunk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC; and Tracey Parker Warren, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC.

DYK, BRYSON, and WALLACH, Circuit Judge.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.